UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VALDEN DEVONE WHITE,

        Petitioner,           Case No. 1:20-cv-717

v.                              Honorable Phillip J. Green

RANDEE REWERTS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  November 5, 2021                /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge