UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VALDEN DEVONE WHITE,

        Petitioner,        Case No. 1:20-cv-717

v.        Honorable Phillip J. Green

RANDEE REWERTS,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** for failure to raise a meritorious federal claim.


Dated:  November 5, 2021        /s/ Phillip J. Green
                                                                        PHILLIP J. GREEN
                                                                        United States Magistrate Judge